Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
CORNELIUS ARMSTRONG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELIUS ARMSTRONG, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TIME INSURANCE COMPANY, a Wisconsin corporation,<br><br>    Defendant._____/ | Case No. 2:11-cv-1045-KJD-(CWH)<br><br>THE PARTIES' STIPULATION AND (PROPOSED) ORDER TO DISMISS THE CASE, <u>WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED, by the parties' counsel of record, that this case be dismissed, with prejudice, with each party to bear and pay his and its own attorneys' fees and costs of suit.

Dated: Wednesday, September 21, 2011.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | MCDONALD CARANO WILSON, LLP |
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Kristen T. Gallagher<br>KRISTEN T. GALLAGHER<br>Nevada Bar No. 9561 |
| Attorney for Plaintiff<br>CORNELIUS ARMSTRONG | Attorneys for Defendant<br>TIME INSURANCE COMPANY |

<u>ORDER</u>

IT IS SO ORDERED.

Dated: September __22__, 2011.

_____
U. S. DISTRICT/MAGISTRATE JUDGE